

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00422-CV

**IN THE INTEREST OF A.M.L.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01252
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED December 11, 2019.

_____
Irene Rios, Justice